NAMLISS HOLDING CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.

(Argued March 19, 1929; decided April 16, 1929.)

*George P. Nicholson,* Corporation Counsel (*Elliot S. Benedict, Joseph F. Mulqueen, Jr.,* and *J. Joseph Lilly* of counsel), for appellant.
*Leopold Blumberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.